[No. 7686–8–I.   Division One.   October 13, 1980.]

THE CITY OF SEATTLE, *Respondent,* v. DONALD F. BELLINGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82766, Horton Smith, J., entered May 22,

1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, A.C.J., and Ringold, J.